JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEVAR BROWN, | Case No. CV 13-0745-VAP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LEROY D. BACA, et al., | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 8, 2013

/s/ Marc L. Goldman
Marc L. Goldman
United States Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY