JS - 6/ENTER

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*FEB - 8 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY         DEPUTY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LEVAR BROWN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>LEROY D. BACA, et al.,<br><br>　　　　Respondent. | Case No. CV 13-0745-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 8, 2013

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Marc L. Goldman
　　　　　　　　　　　　　　　United States Magistrate Judge

*ENTERED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*FEB - 8 2013*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY         DEPUTY*